# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2270
_____

JERRY NEIL ALFRED,

Appellant,

v.

JOHN A. BARFIELD,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Michael D. Miller, Judge.

May 9, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jerry Neil Alfred, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Kenneth Steely, General
Counsel, and Beverly Brewster, Assistant General Counsel,
Florida Department of Corrections, Tallahassee, for Appellee.